UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40509
Summary Calendar
Civil Docket #B-99-CR-460-1
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRY O'GRADY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
_____

February 1, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender (FPD) appointed to represent Terry O'Grady has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). O'Grady has received a copy of the FPD's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the FPD's motion to

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is **GRANTED**. The FPD is excused from further responsibilities herein, and the **APPEAL IS DISMISSED**. <u>See</u> 5th Cir. R. 42.2.